AARON D. FORD
  Attorney General
JESSICA BROWN (Bar No. 14487)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: j.brown@ag.nv.gov

*Attorneys for Defendant*
*Nurse Teresa Stark*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD IDEN,<br><br>       Plaintiff,<br><br>v.<br><br>NURSE STARK, *et al.*,<br><br>       Defendants. | Case No. 3:22-cv-00121-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant Nurse Teresa Stark, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jessica Brown, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff, Richard Iden, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 16th day of June, 2023.

DATED this 21st day of June, 2023.
AARON D. FORD
Attorney General

_____
RICHARD IDEN, #72954
Plaintiff, *Pro Se*

By: /s/ Jessica Brown
_____
Jessica Brown, (Bar No. 14487)
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ___August 28___, 2023.

_____
UNITED STATES MAGISTRATE JUDGE